MICHAEL P. O'ROURKE, ESQ.
Nevada Bar No. 6764
O'ROURKE LAW GROUP, PC
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Telephone: (206) 477-1475
Facsimile: (206) 470-1150
orourkelawgroup@gmail.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ROBERT KELLER<br><br>Debtor. | Case No.: BK 10-52639-gwz<br>Chapter 7 |
| THE CADLE COMPANY,<br><br>Plaintiff,<br>v.<br><br>ROBERT KELLER,<br><br>Defendant. | Adversary Proceeding<br>No. _____ |

**COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT**

COMES NOW Plaintiff-creditor THE CADLE COMPANY, by and through its counsel of record, Michael P. O'Rourke of the law firm of O'Rourke Law Group, PC and files this Adversary Complaint Objecting to the Dischargeability of Debt.

. . .

1